IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JOHNNY PAUL DODSON                                                                           PLAINTIFF
ADC #077252

V.                                              NO. 5:03CV00267 JMM

LARRY NORRIS, et al                                                                         DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition received from Magistrate Judge Jerry Cavaneau. There have been no objections. The Findings and Recommendations are adopted in their entirety as this Court's findings.

Accordingly, Defendant Luckett's motion to have his statement of facts deemed admitted (docket entry #145) is granted. Defendant's motion for summary judgment (docket entry #141) is also granted, thereby dismissing Plaintiff's case in its entirety. Any remaining pending motions are denied as moot.

IT IS SO ORDERED this 26th day of February, 2008.

_____
UNITED STATES DISTRICT JUDGE