IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JOHNNY PAUL DODSON                                                        PLAINTIFF
ADC #077252

V.                                          NO. 5:03CV00267 JMM

LARRY NORRIS, et al                                                       DEFENDANTS

## JUDGMENT

In accordance with the Court's Order entered this date and pursuant to orders entered January 6, 2004 (docket entry #26) and March 24, 2006 (docket entry #121), judgment is hereby entered dismissing Plaintiff's complaint in its entirety. This dismissal is without prejudice as to Defendants Church and Correctional Medical Services and with prejudice as to all other Defendants.

IT IS SO ORDERED this 26th day of February, 2008.

_____
UNITED STATES DISTRICT JUDGE