IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JOHNNY PAUL DODSON                                                                                  PLAINTIFF

Vs.                                    CASE NO.  5:03cv00267 JMM

KIM LUCKETT                                                                                         DEFENDANT

## ORDER

Pending before the Court is the Application of April 7, 2008, by John A. Flynn for the reimbursement of out-of-pocket expenses (docket entry #154). Having considered the application pursuant to the guidelines and policies of the Library Fund, the Court orders that the Clerk of the Court disburse money from the Library Fund in the amount of two hundred twenty five dollars and eighty cents ($225.80) and distribute it to the named applicant. A copy of this Order, together with the application, shall be placed in the Library Fund file maintained by the Clerk of the Court.

IT IS SO ORDERED this 15th day of April, 2008.

_____
UNITED STATES DISTRICT JUDGE